614

435 A.2d 651

Commonwealth v. Blackshear, Appellant.

Petition for Allowance of Appeal Denied Nov. 10, 1981.

Submitted December 5, 1980. Elaine DeMasse, Assistant Public Defender, for appellant; Gaele McLaughlin Barthold, Assistant District Attorney, for Commonwealth, appellee.

Before HESTER, SHERTZ and WIEAND, JJ.

Judgment of sentence affirmed.

435 A.2d 651

Commonwealth v. Brazel, Appellant.

Petition for Allowance of Appeal Denied Oct. 2, 1981.

Argued April, 15, 1980. Timothy R. Bonner, for appellant; Harry A. Penich, Assistant District Attorney, for Commonwealth, appellee.

Before PRICE, BROSKY and MONTGOMERY, JJ.

Judgment of sentence affirmed.